IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL SOTO,

    Plaintiff,

v.                                                                   No. 20-cv-375-MV-KRS

METROPOLITAN DETENTION
CENTER, *et al.*,

    Defendants.

### ORDER GRANTING MOTION FOR EXTENSION AND QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Motion seeking an extension of time within which to pay the filing fee. (Doc. 20) (the "Motion"). In response to the Court's Order to Show Cause (Doc. 19), Plaintiff submitted a $30.00 payment in partial satisfaction of the outstanding filing fee (Doc. 21) and filed the present Motion seeking an extension of time within which to make further payments. The Court finds that the Motion is well taken and should be granted. The Court will not set further deadlines to make partial payments, but Plaintiff remains obligated to make periodic payments equal to 20% of his monthly deposits until the $350 filing fee is paid in full.

IT IS THEREFORE ORDERED that:

(1) Plaintiff's request for an extension of time within which to pay the filing fee (Doc. 20) is GRANTED; and

(2) The Order to Show Cause is QUASHED.

_____
United States Magistrate Judge